AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ADJA DAMBA DANTE,<br><br>*Plaintiff(s)*<br>v.<br>ELIE YAFFA, SHOWMULA LLC,<br>and TALLAC RECORDS LLC,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 24cv23993-CMA |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ELIE YAFFA
9000 ABBOTT AVE
SURFSIDE, FLORIDA 33154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zachary Hyman, Esquire
Millennial Law, Inc.
501 E. Las Olas Blvd, Suite 200/314
Fort Lauderdale, FL 33301
zach@millenniallaw.com
assistant@millenniallaw.com

Anthony Bruno, Esquire
Millennial Law, Inc.
501 E. Las Olas Blvd, Suite 200/314
Fort Lauderdale, FL 33301
anthony@millenniallaw.com
jessica@milleniallaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/17/2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ADJA DAMBA DANTE,

*Plaintiff(s)*

v.   Civil Action No. 24cv23993-CMA

ELIE YAFFA, SHOWMULA LLC,
and TALLAC RECORDS LLC,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHOWMULA LLC
C/O ELIE YAFFA, REGISTERED AGENT
2211 N MERIDIAN AVENUE
MIAMI BEACH, FL 33140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zachary Hyman, Esquire                Anthony Bruno, Esquire
Millennial Law, Inc.                  Millennial Law, Inc.
501 E. Las Olas Blvd, Suite 200/314   501 E. Las Olas Blvd, Suite 200/314
Fort Lauderdale, FL 33301             Fort Lauderdale, FL 33301
zach@millenniallaw.com                anthony@millenniallaw.com
assistant@millenniallaw.com           jessica@milleniallaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/17/2024



Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ADJA DAMBA DANTE, | ) | |
| *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) | Civil Action No. 24cv23993-CMA |
| ELIE YAFFA, SHOWMULA LLC, and TALLAC RECORDS LLC, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TALLAC RECORDS LLC
C/O ELIE YAFFA, REGISTERED AGENT
2211 N MERIDIAN AVENUE
MIAMI BEACH, FL 33140

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Zachary Hyman, Esquire
Millennial Law, Inc.
501 E. Las Olas Blvd, Suite 200/314
Fort Lauderdale, FL 33301
zach@millenniallaw.com
assistant@millenniallaw.com

Anthony Bruno, Esquire
Millennial Law, Inc.
501 E. Las Olas Blvd, Suite 200/314
Fort Lauderdale, FL 33301
anthony@millenniallaw.com
jessica@milleniallaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/17/2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ A> Rodriguez*

Deputy Clerk
U.S. District Courts