UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23993-CIV-ALTONAGA/Reid

**ADJA DAMBA DANTE**,

    Plaintiff,

v.

**ELIE YAFFA**, *et al.*,

    Defendants.

_____/

## ORDER STRIKING DISCOVERY NOTICE

**THIS CAUSE** came before the Court *sua sponte*. On February 21, 2025, Plaintiff filed a Subpoena *Duces Tecum* to Testify at a Deposition in a Civil Action [ECF No. 37]. Under Local Rule 26.1(b), discovery responses and notices "shall not be filed until they are used in the proceeding or the court orders filing." *Id.* The Notice has not been used in this proceeding, nor has the Court ordered its filing. Accordingly, it is

**ORDERED** that the Subpoena *Duces Tecum* to Testify at a Deposition in a Civil Action **[ECF No. 37]** is **STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 24th day of February, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record