**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ADJA DAMBA DANTE,                                           **CASE NO.: 24-cv-23993-CMA**

      Plaintiff,

v.

ELIE YAFFA, SHOWMULA LLC,
and TALLAC RECORDS LLC,

      Defendants.
_____/

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
### AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, ADJA DAMBA DANTE ("***Plaintiff***"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and this Court's Order Requiring Scheduling Report and Certificates of Interested Parties [DE 46], files this Certificate of Interested Parties and Corporate Disclosure Statement and states:

### Certificate of Interested Parties

Plaintiff certifies that the following parties have an interest in this litigation:

1.      Adja Damba Dante

2.      Zachary Hyman, Esq. and the law firm of Millennial Law

3.      Elie Yaffa

4.      Showmula LLC

5.      Tallac Records LLC

6.      Allison Rub, Esq. and the law firm of Allison Rub-Rodriguez, P.A.

**Corporate Disclosure Statement**

The Plaintiff is an individual and therefore this section is not applicable.

**Statement Pursuant to Court's Order Dated April 2, 2025 [DE 50]**

The Plaintiff states that the foregoing was filed on April 2, 2025, instead of April 1, 2025, because the undersigned believed the Certificate of Interested Parties and Corporate Disclosures were due on April 3, 2025, along with the Parties Scheduling Report and Joint Scheduling Order, since the original Order from this Court [DE 46] was related to both filings, and the Order Granting in Part [DE 49] granted the extension through April 3, 2025. It was not done to cause undue delay or complete disregard of the Court's Order [DE 46].

Respectfully submitted,

**MILLENNIAL LAW**
*Attorneys for Plaintiff*
320 SE 11ᵗʰ Street
Fort Lauderdale, Florida 33316
Phone: 954-271-2719

By:  *s/ Zachary P. Hyman*
      Zachary P. Hyman
      Florida Bar No.  98581
      zach@millenniallaw.com
      jessica@milenniallaw.com
      assistant@millennniallaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed on this **2nd** day of **April**, **2025**, via the Court's CM/ECF system, which in turn sent notice of electronic filing to Allison Rub, Esq., Allison Rub-Rodriguez, P.A., *Attorney for Defendants*, 3301 Ponce de Leon Blvd, Suite 200, Coral Gables, Florida 33134, allison@repinespa.com.

By: *s/ Zachary P. Hyman*
      Zachary P. Hyman